19-0705

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>David G. Silvat<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  14-22994-CMB |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY,  FSB, TRUSTEE  C/O GREGORY FUNDING LLC in the above captioned matter.

    POWERS KIRN, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090