# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID G. SILVAT

Case No. 14-22994CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

Document No __

BAYVIEW LOAN SERVICING LLC**

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 6640.

Regular mortgage payments are currently being directed to the following creditor at the following address:

BAYVIEW LOAN SERVICING LLC**
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES,FL 33146

Movant has been requested to send payments to:
GREGORY FUNDING LLC
P.O. BOX 25430
PORTLAND OR 97298

6640

The Chapter 13 Trustee's CID Records of BAYVIEW LOAN SERVICING LLC** have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/19/2019.

cc:    Debtor
Original creditor
Putative creditor
Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DAVID G. SILVAT, 1067 SILVER LANE, MCKEES ROCKS, PA  15136 | DEBTOR'S COUNSEL:<br>BRYAN P KEENAN ESQ, BRYAN P KEENAN & ASSOC PC, 993 GREENTREE RD STE 101, PITTSBURGH, PA  15220 |
| ORIGINAL CREDITOR:<br>BAYVIEW LOAN SERVICING LLC**, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146 | :<br>GREGORY FUNDING LLC, PO BOX 25430, PORTLAND, OR  97298-0430 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR:<br>GREGORY FUNDING LLC<br>P.O. BOX 25430<br>PORTLAND OR 97298 | |