**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DAVID G. SILVAT | Case No. 14-22994CMB |
|   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>DAVID G. SILVAT | Chapter 13<br><br>Document No. 123 |
|   Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __11th__ day of September, 20 19 it is hereby ORDERED, ADJUDGED, and DECREED that,

Kiewit
Attn: Payroll Manager
3555 Farnam St
Omaha, NE 68131

is hereby ordered to immediately terminate the attachment of the wages of DAVID G. SILVAT, social security number XXX-XX-4470. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID G. SILVAT.

BY THE COURT:

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/11/19 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David G. Silvat  
    Debtor

Case No. 14-22994-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Sep 11, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.
db           +David G. Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:
        Bryan P. Keenan    on behalf of Debtor David G. Silvat keenan662@gmail.com,  melindap662@gmail.com
        David Neeren    on behalf of Creditor    Bank of America, N.A dneeren@rasnj.com
        Elizabeth Lamont Wassall    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com,
         ewassall@logs.com
        James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jill Manuel-Coughlin    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Stuart P. Winneg    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC swinneg@udren.com,
         cblack@udren.com
        Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A swinneg@udren.com,
         cblack@udren.com
                                                                                         TOTAL: 12