**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DAVID G. SILVAT** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **14-22994CMB** |

Form 4100N
# Notice of Final Cure Payment                                   10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:  Mortgage Information

| | |
|---|---|
| **Name of creditor:** | AJX MORTGAGE TRUST I - DE TRUST |
| **Court claim no.** (if known): | 03-2 |
| **Last 4 digits** of any number you use to identify the debtor's account | 1 5 7 1 |
| **Property Address:** | 1067 SILVER LN<br>MCKEES ROCKS PA 15136 |

### Part 2:  Cure Amount

**Total cure disbursments made by the trustee:**                                                              Amount

a. Allowed prepetition arrearage:                                                                  (a) $     0.00
b. Prepetition arrearage paid by the trustee:                                                 (b) $     0.00
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):   (c) $     0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:   (d) $     0.00
e. Allowed postpetition arrearage:                                                             (e) $     0.00
f. Postpetition arrearage paid by the trustee:                                              + (f) $     0.00
g. **Total.** Add lines b, d, and f.                                                              (g) $     0.00

### Part 3:  Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment                                                        $   $1,091.78
    The next postpetition payment is due on    10 / 1 / 2019
                                                                        MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **DAVID G. SILVAT** | Case number *(if known)* | **14-22994CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour
Signature

Date  10/10/2019

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **DAVID G. SILVAT** | Case number *(if known)* | **14-22994CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 09/06/2018 | | BAYVIEW LOAN SERVICING LLC** | REALLOCATION OF CONTINUING DEBT | 1,092.07 |
| 09/25/2018 | 1092280 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,092.07 |
| 10/29/2018 | 1095434 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,092.07 |
| 11/27/2018 | 1098700 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 915.60 |
| 12/21/2018 | 1101793 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,268.54 |
| 01/25/2019 | 1104918 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,092.07 |
| 02/25/2019 | 1108193 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,092.07 |
| 03/25/2019 | 1111437 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,092.07 |
| 04/26/2019 | 1114717 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 911.67 |
| 05/24/2019 | 1118091 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,272.47 |
| 06/25/2019 | 1121442 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,092.07 |
| 07/29/2019 | 1124926 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,053.54 |
| 09/24/2019 | 1131389 | AJX MORTGAGE TRUST I - DE TRUST WIL | AMOUNTS DISBURSED TO CREDITOR | 1,128.57 |
| | | | | 14,194.88 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAVID G. SILVAT
1067 SILVER LANE
MCKEES ROCKS, PA  15136

BRYAN P KEENAN ESQ
BRYAN P KEENAN & ASSOC PC
993 GREENTREE RD STE 101
PITTSBURGH, PA  15220

AJX MORTGAGE TRUST I - DE TRUST WILMINGTON SAVINGS FUND SOCIETY
C/O GREGORY FUNDING LLC
PO BOX 742334
LOS ANGELES, CA  90074

GREGORY FUNDING LLC
PO BOX 25430
PORTLAND, OR  97298-0430

JILL MANUEL-COUGHLIN ESQ
POWERS KIRN & ASSOCIATES LLC
EIGHT NESHAMINITY INTERPLEX - STE 215
TREVOSE, PA  19053


10/10/19                                              /s/ Roberta Saunier
                                                      Administrative Assistant
                                                      Office of the Chapter 13 Trustee