IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-22994-CMB |
| David G. Silvat | ) | Chapter 13 |
|     Debtor | ) | Doc No.   126 |
| Bryan Keenan, Esquire | ) | Response Due: 10/10/2019 |
|     APPLICANT | ) | Hearing date: 11/6/2019 |
| vs. | ) | at 11:00 a.m. |
|     No Respondent(s) | ) | **ENTERED BY DEFAULT** |

**ORDER OF COURT**

AND NOW, to-wit, this __17th__ day of __October__, 2019, upon consideration of the Application of Bryan Keenan, Esquire for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred for the period from July 24, 2014 through August 23, 2019 in the total amount of $7,816.30 which represents $7,275.00 in attorney fees and $541.30 in costs.

Counsel for the debtor has previously received $5,562.50 which represents $5,062.50 in attorney fees and $500.00 for expenses incurred for services rendered from July 24, 2014 through July 10, 2017, which shall be deducted form the total approved fees and costs. The remaining balance due is $2,253.80 of which $2,171.20 is for fees and $41.30 is for costs. The confirmed plan dated December 3, 2018 provided for Debtor's counsel to receive an additional $2,200.00.

**IT IS FURTHER ORDERED** that Applications fees shall be limited to $2,200.00, which shall be paid by the Chapter 13 Trustee.

BY THE COURT

FILED
10/17/19 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
Chief Judge Carlota M. Bohm    **dmr**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David G. Silvat  
    Debtor

Case No. 14-22994-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric                Page 1 of 1                 Date Rcvd: Oct 17, 2019
                           Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
db            +David G. Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
        Bryan P. Keenan    on behalf of Debtor David G. Silvat keenan662@gmail.com, melindap662@gmail.com
        David Neeren    on behalf of Creditor   Bank of America, N.A dneeren@rasnj.com
        Elizabeth Lamont Wassall    on behalf of Creditor   Bayview Loan Servicing, LLC pabk@logs.com, ewassall@logs.com
        Harry B. Reese    on behalf of Creditor   AJX MORTGAGE TRUST I ET SEQ harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        James Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor   Montour School District jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor   Township of Robinson jhunt@grblaw.com, cnoroski@grblaw.com
        Jill Manuel-Coughlin    on behalf of Creditor   AJX MORTGAGE TRUST I ET SEQ jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Stuart P. Winneg    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC swinneg@udren.com, cblack@udren.com
        Stuart P. Winneg    on behalf of Creditor   Bank of America, N.A swinneg@udren.com, cblack@udren.com
                                                                           TOTAL: 13