**Fill in this information to identify the case:**

David G. Silvat
Debtor(s)

**UNITED STATES BANKRUPTCY COURT FOR THE**: **WESTERN**
**DISTRICT OF** PENNSYLVANIA
Chapter 13 Case Number: 14-22994-CMB

## FORM 4100R

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## PART 1: Mortgage Information

**Name of creditor**: AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS
FUND SOCIETY, FSB, TRUSTEE
**Court claim no**. (if known): **3-2**
**Last four digits** of any number you use to identify the debtor's account:   1571
**Property Address**: 1067 Silver Lane, McKees Rocks, PA 15136-1148

## PART 2: Pre-Petition Default Payments:

Check one:

☑  Creditor agrees that Debtor(s) has/have paid in full the amount required to cure the default on Creditor's claim

☐   Creditor disagrees that Debtor(s) has/have paid in full the amount required to cure the pre-petition default on Creditor's claim. Creditor asserts that the total amount due to cure the pre-petition amount remaining unpaid  is:

**Total Amount Due:** $ ____

## PART 3: Post-Petition Mortgage Payments

Check One

☑  Creditor states that the debtor(s) are current with all post-petition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.
    The next post-petition payment from the debtor(s) is due on: **12/01/2019**

☐  Creditor states that the debtor(s) are **not** current on all post-petition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.
    Creditor asserts that the total amount remaining unpaid as of the date of this response is:
    (a)  Total post-petition ongoing payments due:                                    (a)  $___
    (b)  Total fees, charges, expenses, escrow and costs outstanding:      (b)  $_____
    (c)  **Total**. Add lines a and b.                                                        **(c)  $___**

    Creditor asserts that the debtor(s) are contractually obligated for the post-petition payment(s)
    that first became due:  _____

Debtor(s): David G. Silvat

Case Number: 14-22994-CMB

## PART 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

all payments received;
all fees, costs, escrow, and expenses assessed to the mortgage; and
all amounts the creditor contends remain unpaid.

## PART 5: Sign Here

The person completing this Response must sign it. The response must be filed as a supplement to the creditor's Proof of Claim.

Check the appropriate box.
❏  I am the creditor.
☑  I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X/s/ Harry B. Reese, Esquire**

Jill Manuel-Coughlin, Esquire
Harry B. Reese, Esquire

**Date:**   10/23/2019

**Title:**   Attorney

**Print:** Jill Manuel-Coughlin, Esquire
        Harry B. Reese, Esquire

**Company:** Powers Kirn, LLC

**Address:** 8 Neshaminy Interplex, Suite 215
        Trevose, PA 19053

**E-Mail:** bankruptcy@powerskirn.com

**Contact Phone:** 215-942-2030

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>David G. Silvat<br><div align="right">Debtor(s)</div><br>AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE<br><div align="right">Movant</div><br>v.<br>David G. Silvat<br><div align="right">Debtor(s)</div> | Case No. 14-22994-CMB |

### CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage-prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on October 23, 2019.

#### *Parties Served via Electronic Notification:*

Bryan P. Keenan , Esquire
993 Greentree Road
Suite 101
Pittsburgh, PA 15220
keenan662@gmail.com
Attorney for Debtor(s)

Ronda J. Winnecour , Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
Trustee

#### *Parties Serviced via First Class Mail:*

David G. Silvat
1067 Silver Lane
Mc Kees Rocks, PA 15136
Debtor(s)

**/s/ Harry B. Reese, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
bankruptcy@powerskirn.com
Attorney for Movant
Dated: October 23, 2019