**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David G. Silvat**
Debtor(s)

Bankruptcy Case No.: 14−22994−CMB
Related to Doc. No. 134
Chapter: 13
Docket No.: 135 − 134

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 29th of October, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/13/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/15/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/13/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-22994-CMB
David G. Silvat                                                     Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric            Page 1 of 2              Date Rcvd: Oct 29, 2019
                              Form ID: 408          Total Noticed: 19
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             +David G. Silvat,    1067 Silver Lane,   Mc Kees Rocks, PA 15136-1148
15108864       +AJX MORTGAGE TRUST, ET AL...,    P.O. Box 742334,   Los Angeles, CA 90074-2334
13895079        Bank of Amercia N.A.,    PO Box 5170,   Simi Valley, CA 93062-5170
13931263       +Bank of America, N.A.,    16001 North Dallas Parkway,   Addison, TX 75001-3311
13895080        Chase Auto Finance,    PO Box 901076,   Phoenix, AZ 85062
13895083       +Iron Workers Fcu,    2201 Liberty Ave,   Pittsburgh, PA 15222-4512
13895084        Iron Workers Local 3 Credit Union,    2201 Liberty Avenue,   Pittsburgh, PA 15222-4512
13895085       +Lynn A. Silvat,    1067 Silver Lane,   Mc Kees Rocks, PA 15136-1148
13895086       +Lynn A. Talerico-Silvat,    1067 Silver Lane,   Mc Kees Rocks, PA 15136-1148
13895088       +NCB Management Services Inc.,    Re: PNC Bank,   PO Box 1099,   Langhorne, PA 19047-6099
13895090       +Pnc Bank,    Attn: Bankruptcy,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13895091       +Sewickley Hospital,    720 Blackburn Rd,   Sewickley, PA 15143-1498
13929170       +Township of Robinson/Montour SD,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13895092        Urden Law Office,    Elizabth L. Wassall, Esquire,   111 Woodcrest Road Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14004448       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 30 2019 03:12:06
                 Bayview Loan Servicing,    4425 Pounce DeLeon Blvd., 5th Floor,   Coral Gables, FL 33146-1837
13895081        E-mail/PDF: DellBKNotifications@resurgent.com Oct 30 2019 03:35:29      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    Po Box 81577,   Austin, TX 78708
13895082        E-mail/Text: cio.bncmail@irs.gov Oct 30 2019 03:11:19      Internal Revenue Service,
                 PO Box 16336,    Philadelphia, PA 19114-0436
13895087       +E-mail/Text: nhc@nhchome.com Oct 30 2019 03:11:07      Natl Hosp Collections,
                 Re: Sewickley Valley Hospital,    16 Distributor Dr Ste 2,   Morgantown, WV 26501-7209
13895089       +E-mail/Text: bankruptcydepartment@tsico.com Oct 30 2019 03:12:09      Nco Fin/51,
                 Re: Heritage Valley Emergency Phys,    Pob 15273,   Wilmington, DE 19850-5273
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AJX MORTGAGE TRUST I ET SEQ
cr              BAYVIEW LOAN SERVICING, LLC
cr              Bank of America, N.A
cr              Bayview Loan Servicing, LLC
cr              Duquesne Light Company
cr              Montour School District
cr              Township of Robinson
                                                                                 TOTALS: 7, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
          Bryan P. Keenan    on behalf of Debtor David G. Silvat keenan662@gmail.com, melindap662@gmail.com
          David Neeren    on behalf of Creditor    Bank of America, N.A dneeren@rasnj.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com,
           ewassall@logs.com
          Harry B. Reese    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
           aynor-paul@pkallc.com;amanda.rauer@pkallc.com
          James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
           cnoroski@grblaw.com
```

```
District/off: 0315-2            User: dric                  Page 2 of 2                  Date Rcvd: Oct 29, 2019
                                Form ID: 408                Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson jhunt@grblaw.com, cnoroski@grblaw.com

        Jill  Manuel-Coughlin    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        Stuart P. Winneg    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC swinneg@udren.com, cblack@udren.com

        Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A swinneg@udren.com, cblack@udren.com

        TOTAL: 13