**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID G. SILVAT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-22994<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/25/2014 and confirmed on 10/7/14 . The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 116,899.31 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,899.31 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,762.50 | |
|   Trustee Fee | 4,781.80 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,544.30 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 59,148.51 | 59,148.51 | 0.00 | 59,148.51 |
|     Acct: 6640 | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 3,276.21 | 3,276.21 | 0.00 | 3,276.21 |
|     Acct: 6640 | | | | |
|   AJX MORTGAGE TRUST I - DE TRUST WI | 0.00 | 14,194.88 | 0.00 | 14,194.88 |
|     Acct: 1571 | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 2,142.82 | 2,142.82 | 0.00 | 2,142.82 |
|     Acct: 6640 | | | | |
|   IRONWORKERS FCU | 13,750.00 | 13,750.00 | 2,024.40 | 15,774.40 |
|     Acct: 6239 | | | | |
| | | | | 94,536.82 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID G. SILVAT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 1,062.50 | 1,062.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX0-17 | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX3/19 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,889.82 | 2,889.82 | 0.00 | 2,889.82 |
|     Acct: 4470 | | | | |
|   MONTOUR SD & ROBINSON TOWNSHIP | 7,829.37 | 7,829.37 | 0.00 | 7,829.37 |
|     Acct: 2326 | | | | |
| | | | | 10,719.19 |
| **Unsecured** | | | | |
|   CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

14-22994 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX6196 | | | | |
| DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9185 | | | | |
| IRONWORKERS FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3902 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0501 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8401 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1654 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9866 | | | | |
| INTERNAL REVENUE SERVICE* | 213.91 | 99.00 | 0.00 | 99.00 |
| Acct: 4470 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STUART WINNEG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 99.00 |

TOTAL PAID TO CREDITORS                                                                                    105,355.01

TOTAL
CLAIMED         10,719.19
PRIORITY        78,317.54
SECURED            213.91

Date: 10/24/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   DAVID G. SILVAT<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>       vs.<br>   No Repondents. | Case No.:14-22994<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                             BY THE COURT:

                                                                             _____
                                                                             U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22994-CMB
David G. Silvat                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Oct 29, 2019
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
```
db           +David G. Silvat,    1067 Silver Lane,   Mc Kees Rocks, PA 15136-1148
15108864     +AJX MORTGAGE TRUST, ET AL...,    P.O. Box 742334,    Los Angeles, CA 90074-2334
13895079      Bank of Amercia N.A.,    PO Box 5170,   Simi Valley, CA 93062-5170
13931263     +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13895080      Chase Auto Finance,    PO Box 901076,   Phoenix, AZ 85062
13895083     +Iron Workers Fcu,    2201 Liberty Ave,   Pittsburgh, PA 15222-4512
13895084      Iron Workers Local 3 Credit Union,    2201 Liberty Avenue,    Pittsburgh, PA 15222-4512
13895085     +Lynn A. Silvat,    1067 Silver Lane,   Mc Kees Rocks, PA 15136-1148
13895086     +Lynn A. Talerico-Silvat,    1067 Silver Lane,   Mc Kees Rocks, PA 15136-1148
13895088     +NCB Management Services Inc.,    Re: PNC Bank,   PO Box 1099,    Langhorne, PA 19047-6099
13895090     +Pnc Bank,    Attn: Bankruptcy,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13895091     +Sewickley Hospital,    720 Blackburn Rd,   Sewickley, PA 15143-1498
13929170     +Township of Robinson/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13895092      Urden Law Office,    Elizabth L. Wassall, Esquire,    111 Woodcrest Road Suite 200,
               Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14004448     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 30 2019 03:12:06
               Bayview Loan Servicing,    4425 Pounce DeLeon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
13895081      E-mail/PDF: DellBKNotifications@resurgent.com Oct 30 2019 03:37:29     Dell Financial Services,
               Dell Financial Services Attn: Bankrupcty,    Po Box 81577,    Austin, TX 78708
13895082      E-mail/Text: cio.bncmail@irs.gov Oct 30 2019 03:11:17      Internal Revenue Service,
               PO Box 16336,    Philadelphia, PA 19114-0436
13895087     +E-mail/Text: nhc@nhchome.com Oct 30 2019 03:11:07      Natl Hosp Collections,
               Re: Sewickley Valley Hospital,    16 Distributor Dr Ste 2,    Morgantown, WV 26501-7209
13895089     +E-mail/Text: bankruptcydepartment@tsico.com Oct 30 2019 03:12:09      Nco Fin/51,
               Re: Heritage Valley Emergency Phys,    Pob 15273,   Wilmington, DE 19850-5273
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AJX MORTGAGE TRUST I ET SEQ
cr           BAYVIEW LOAN SERVICING, LLC
cr           Bank of America, N.A
cr           Bayview Loan Servicing, LLC
cr           Duquesne Light Company
cr           Montour School District
cr           Township of Robinson
                                                                               TOTALS: 7, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
```
              Bryan P. Keenan    on behalf of Debtor David G. Silvat keenan662@gmail.com, melindap662@gmail.com
              David Neeren    on behalf of Creditor    Bank of America, N.A dneeren@rasnj.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com,
               ewassall@logs.com
              Harry B. Reese    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
```

```
District/off: 0315-2            User: dric                  Page 2 of 2                  Date Rcvd: Oct 29, 2019
                                Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A swinneg@udren.com,
               cblack@udren.com
                                                                                              TOTAL: 13
```