**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David G. Silvat** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–4470** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **14–22994–CMB** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David G. Silvat

12/17/19                                                                 **By the court:**     Carlota M. Bohm
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David G. Silvat
    Debtor

Case No. 14-22994-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 2      Date Rcvd: Dec 17, 2019
                 Form ID: 3180W     Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db             +David G. Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148
15108864       +AJX MORTGAGE TRUST, ET AL...,    P.O. Box 742334,    Los Angeles, CA 90074-2334
13931263       +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13895080        Chase Auto Finance,    PO Box 901076,    Phoenix, AZ 85062
13895083       +Iron Workers Fcu,    2201 Liberty Ave,    Pittsburgh, PA 15222-4512
13895084        Iron Workers Local 3 Credit Union,    2201 Liberty Avenue,    Pittsburgh, PA 15222-4512
13895085       +Lynn A. Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148
13895086       +Lynn A. Talerico-Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148
13895088       +NCB Management Services Inc.,    Re: PNC Bank,    PO Box 1099,    Langhorne, PA 19047-6099
13895090       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13895091       +Sewickley Hospital,    720 Blackburn Rd,    Sewickley, PA 15143-1498
13929170       +Township of Robinson/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13895092        Urden Law Office,    Elizabth L. Wassall, Esquire,    111 Woodcrest Road Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 18 2019 03:24:03      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13895079        EDI: BANKAMER.COM Dec 18 2019 08:04:00      Bank of Amercia N.A.,    PO Box 5170,
                 Simi Valley, CA 93062-5170
14004448       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 18 2019 03:24:32
                 Bayview Loan Servicing,    4425 Pounce DeLeon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
13895081        E-mail/PDF: DellBKNotifications@resurgent.com Dec 18 2019 03:21:44      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    Po Box 81577,    Austin, TX 78708
13895082        EDI: IRS.COM Dec 18 2019 08:04:00      Internal Revenue Service,    PO Box 16336,
                 Philadelphia, PA 19114-0436
13895087       +EDI: NHCLLC.COM Dec 18 2019 08:04:00      Natl Hosp Collections,    Re: Sewickley Valley Hospital,
                 16 Distributor Dr Ste 2,    Morgantown, WV 26501-7209
13895089       +E-mail/Text: bankruptcydepartment@tsico.com Dec 18 2019 03:24:36      Nco Fin/51,
                 Re: Heritage Valley Emergency Phys,    Pob 15273,    Wilmington, DE 19850-5273
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AJX MORTGAGE TRUST I ET SEQ
cr              BAYVIEW LOAN SERVICING, LLC
cr              Bank of America, N.A
cr              Bayview Loan Servicing, LLC
cr              Duquesne Light Company
cr              Montour School District
cr              Township of Robinson
                                                                                   TOTALS: 7, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor David G. Silvat keenan662@gmail.com, melindap662@gmail.com
              David  Neeren    on behalf of Creditor   Bank of America, N.A dneeren@rasnj.com
              Elizabeth Lamont Wassall    on behalf of Creditor   Bayview Loan Servicing, LLC pabk@logs.com,
               ewassall@logs.com
```

```
District/off: 0315-2          User: nsha                Page 2 of 2            Date Rcvd: Dec 17, 2019
                              Form ID: 3180W            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Harry B. Reese    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com

        James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com

        Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com, cnoroski@grblaw.com

        Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson jhunt@grblaw.com, cnoroski@grblaw.com

        Jill Manuel-Coughlin    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        Stuart P. Winneg    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC swinneg@udren.com, cblack@udren.com

        Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A swinneg@udren.com, cblack@udren.com

        TOTAL: 13