**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DAVID G. SILVAT<br><br>　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:14-22994<br><br>Chapter 13<br><br>Document No.:  134<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

　AND NOW, this ___17th___ day of ___December___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

FILED
12/17/19 11:35 am
CLERK
U.S. BANKRUPTCY　　　　　　　Carlota M. Böhm
COURT - WDPA　　　　　　　　　Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-22994-CMB
David G. Silvat                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 2           Date Rcvd: Dec 17, 2019
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db             +David G. Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148
15108864       +AJX MORTGAGE TRUST, ET AL...,    P.O. Box 742334,    Los Angeles, CA 90074-2334
13895079        Bank of Amercia N.A.,    PO Box 5170,    Simi Valley, CA 93062-5170
13931263       +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13895080        Chase Auto Finance,    PO Box 901076,    Phoenix, AZ 85062
13895083       +Iron Workers Fcu,    2201 Liberty Ave,    Pittsburgh, PA 15222-4512
13895084        Iron Workers Local 3 Credit Union,    2201 Liberty Avenue,    Pittsburgh, PA 15222-4512
13895085       +Lynn A. Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148
13895086       +Lynn A. Talerico-Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148
13895088       +NCB Management Services Inc.,    Re: PNC Bank,    PO Box 1099,    Langhorne, PA 19047-6099
13895090       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13895091       +Sewickley Hospital,    720 Blackburn Rd,    Sewickley, PA 15143-1498
13929170       +Township of Robinson/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13895092        Urden Law Office,    Elizabth L. Wassall, Esquire,    111 Woodcrest Road Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14004448       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 18 2019 03:24:32
                 Bayview Loan Servicing,    4425 Pounce DeLeon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
13895081        E-mail/PDF: DellBKNotifications@resurgent.com Dec 18 2019 03:22:32     Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    Po Box 81577,    Austin, TX 78708
13895082        E-mail/Text: cio.bncmail@irs.gov Dec 18 2019 03:23:40     Internal Revenue Service,
                 PO Box 16336,    Philadelphia, PA 19114-0436
13895087       +E-mail/Text: nhc@nhchome.com Dec 18 2019 03:23:26     Natl Hosp Collections,
                 Re: Sewickley Valley Hospital,    16 Distributor Dr Ste 2,    Morgantown, WV 26501-7209
13895089       +E-mail/Text: bankruptcydepartment@tsico.com Dec 18 2019 03:24:37     Nco Fin/51,
                 Re: Heritage Valley Emergency Phys,    Pob 15273,    Wilmington, DE 19850-5273
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AJX MORTGAGE TRUST I ET SEQ
cr             BAYVIEW LOAN SERVICING, LLC
cr             Bank of America, N.A
cr             Bayview Loan Servicing, LLC
cr             Duquesne Light Company
cr             Montour School District
cr             Township of Robinson
                                                                                   TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor David G. Silvat keenan662@gmail.com, melindap662@gmail.com
              David Neeren    on behalf of Creditor    Bank of America, N.A dneeren@rasnj.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com,
               ewassall@logs.com
              Harry B. Reese    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com

```
District/off: 0315-2         User: nsha              Page 2 of 2              Date Rcvd: Dec 17, 2019
                             Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson jhunt@grblaw.com, cnoroski@grblaw.com

          Jill Manuel-Coughlin    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

          Stuart P. Winneg    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC swinneg@udren.com, cblack@udren.com

          Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A swinneg@udren.com, cblack@udren.com

          TOTAL: 13