**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David G. Silvat**
Debtor(s)

Bankruptcy Case No.: 14–22994–CMB

Chapter: 13

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: December 20, 2019

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22994-CMB
David G. Silvat                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 1              Date Rcvd: Dec 20, 2019
                              Form ID: 129            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.
db            +David G. Silvat,    1067 Silver Lane,    Mc Kees Rocks, PA 15136-1148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor David G. Silvat keenan662@gmail.com,  melindap662@gmail.com
              David Neeren    on behalf of Creditor   Bank of America, N.A dneeren@rasnj.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com,
               ewassall@logs.com
              Harry B. Reese    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    AJX MORTGAGE TRUST I ET SEQ jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A swinneg@udren.com,
               cblack@udren.com
                                                                                              TOTAL: 13